B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ALABAMA<br>ANNISTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ASHLEY, KEVIN LEE** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**ASHLEY, KRISTA MARIE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka KRISTA MARIE COFFEY** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-2043** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-8036** |
| Street Address of Debtor (No. and Street, City, and State):<br>**921 MONTE VISTA DRIVE**<br>**GADSDEN, AL** ZIP CODE **35904** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**921 MONTE VISTA DRIVE**<br>**GADSDEN, AL** ZIP CODE **35904** |
| County of Residence or of the Principal Place of Business:<br>**Etowah** | County of Residence or of the Principal Place of Business:<br>**Etowah** |
| Mailing Address of Debtor (if different from street address):<br>**921 MONTE VISTA DRIVE**<br>**GADSDEN, AL** ZIP CODE **35904** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A** ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.82.2, ID 3193096981)*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **KEVIN LEE ASHLEY**<br>**KRISTA MARIE ASHLEY** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each<br><br>**X** /s/ A. Wilson Webb                4/21/2011<br>A. Wilson Webb                            Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.82.2, ID 3193096981)*

| **Voluntary Petition** | Name of Debtor(s): **KEVIN LEE ASHLEY** |
| *(This page must be completed and filed in every case)* | **KRISTA MARIE ASHLEY** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy

**X** **/s/ KEVIN LEE ASHLEY**
    **KEVIN LEE ASHLEY**

**X** **/s/ KRISTA MARIE ASHLEY**
    **KRISTA MARIE ASHLEY**

Telephone Number (If not represented by attorney)

**4/21/2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** **/s/ A. Wilson Webb**

   **A. Wilson Webb**    Bar No. **ASB-6009-B61A**
   **awilsonwebb@gmail.com**
A. Wilson Webb
**101 Church Street**
**Rainbow City, AL 35906**

Phone No.**(256) 543-0150**   Fax No.**(888) 705-9273**

   **4/21/2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the

If more than one person prepared this document, attach additional sheets

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
ANNISTON DIVISION**

In re:  **KEVIN LEE ASHLEY**                                          Case No. _____
        **KRISTA MARIE ASHLEY**                                                   (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements
regarding credit counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse
must complete and file a separate Exhibit D.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit counseling
provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit couseling
provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.     *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together
with a copy of any debt management plan developed through the agency.
Failure to fulfill these requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re: **KEVIN LEE ASHLEY**                                                     Case No. _____
        **KRISTA MARIE ASHLEY**                                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and**

Signature of Debtor:  **/s/ KEVIN LEE ASHLEY**_____
                        KEVIN LEE ASHLEY

Date:  **4/21/2011**_____

# Hummingbird Credit Counseling and Education, Inc.
## CREDIT COUNSELING CERTIFICATION

Certificate Number: 276742-C304903T-51

## kevin ashley

I CERTIFY that on February 20, 2011, at 7:42 PM EST, kevin ashley received from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in Alabama, Northern District, an individual briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

By: Victoria S. Wright, Esq.                Date: February 20, 2011

Title: Executive Director of Education

\*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

**B 1D (Official Form 1, Exhibit D) (12/09)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## ANNISTON DIVISION

In re:  **KEVIN LEE ASHLEY**         Case No. _____
        **KRISTA MARIE ASHLEY**                                           (if known)

            Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re:   **KEVIN LEE ASHLEY**                                              Case No.   _____
         **KRISTA MARIE ASHLEY**                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and**

Signature of Debtor:   **/s/ KRISTA MARIE ASHLEY** _____
                              KRISTA MARIE ASHLEY

Date:   **4/21/2011** _____

# Hummingbird Credit Counseling and Education, Inc.
## CREDIT COUNSELING CERTIFICATION

Certificate Number: 276742-C304903T-51

## krista ashley

I CERTIFY that on February 20, 2011, at 7:42 PM EST, krista ashley received from Hummingbird Credit Counseling and Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in Alabama, Northern District, an individual briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

By: _Victoria S. Wright, Esq._

Date: _February 20, 2011_

Title: _Executive Director of Education_

\*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

In re  **KEVIN LEE ASHLEY**                                           Case No. _____
       **KRISTA MARIE ASHLEY**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re  **KEVIN LEE ASHLEY**                              Case No. _____
      **KRISTA MARIE ASHLEY**                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING | J | $50.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | HH FURNITURE | J | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MOVIES | J | $50.00 |
| 6. Wearing apparel. | | CLOTHING<br>921 MONTE VISTA | J | $1,000.00 |
| 7. Furs and jewelry. | | JEWELRY<br>HOUSE | W | $200.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re **KEVIN LEE ASHLEY**                Case No. _____
      **KRISTA MARIE ASHLEY**                       (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | CHILDREN'S 529 ACCOUNT <br><br> CHILDREN'S 529 ACCOUNT | H <br><br> W | $100.00 <br><br> $100.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | ROTH IRA <br><br> ROTH IRA | H <br><br> W | $100.00 <br><br> $100.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | 100% of Ashley Engineering LLC (wholly owned by Debtors) - sole asset is Account Receivable owed by Woodland Homes of Huntsville, Inc. of $11,000.00 plus 6% from April 2009 (account stated). | J | $100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

In re  **KEVIN LEE ASHLEY**                                    Case No. _____
       **KRISTA MARIE ASHLEY**                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Fraud and contract claims vs ROY HUNTER, etc, | J | $20,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re  **KEVIN LEE ASHLEY**                                    Case No. _____
       **KRISTA MARIE ASHLEY**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 FORD ESCAPE<br><br>2005 HONDA ODYSSEY | H<br><br>W | $5,100.00<br><br>$10,675.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | LAPTOP COMPUTER & small printer<br><br>LARGE FORMAT PRINTER<br>MEANS LAND SURVEYING | J<br><br>H | $125.00<br><br>$200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached                **Total  >**      **$38,900.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **KEVIN LEE ASHLEY**      Case No. _____
       **KRISTA MARIE ASHLEY**                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each | Value of Claimed | Current Value of Property Without |
|---|---|---|---|
| HH FURNITURE | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $1,000.00 | $1,000.00 |
| MOVIES | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $50.00 | $50.00 |
| CLOTHING 921 MONTE VISTA | Ala. Code §§ 6-10-6, 6-10-126:  Necessary wearing apparel of resident debtor and family | $1,000.00 | $1,000.00 |
| JEWELRY HOUSE | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $200.00 | $200.00 |
| CHILDREN'S 529 ACCOUNT | Ala. Code § 19-3B-508: Qualified trusts under the Internal Revenue Code (spendthrift trust) | $100.00 | $100.00 |
| CHILDREN'S 529 ACCOUNT | Ala. Code § 19-3B-508: Qualified trusts under the | $100.00 | $100.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$2,450.00** | **$2,450.00** |

In re  **KEVIN LEE ASHLEY**                    Case No. _____
**KRISTA MARIE ASHLEY**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each | Value of Claimed | Current Value of Property Without |
|---|---|---|---|
| | Internal Revenue Code (spendthrift trust) | | |
| ROTH IRA | Ala. Code § 19-3B-508: Qualified trusts under the Internal Revenue Code (spendthrift trust) | $100.00 | $100.00 |
| ROTH IRA | Ala. Code § 19-3B-508: Qualified trusts under the Internal Revenue Code (spendthrift trust) | $100.00 | $100.00 |
| 100% of Ashley Engineering LLC (wholly owned by Debtors) - sole asset is Account Receivable owed by Woodland Homes of Huntsville, Inc. of $11,000.00 plus 6% from April 2009 (account stated). | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $100.00 | $100.00 |
| Fraud and contract claims vs ROY HUNTER, etc, | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $4,650.00 | $20,000.00 |
| 2003 FORD ESCAPE | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $0.00 | $5,100.00 |
| LAPTOP COMPUTER & small printer | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $0.00 | $125.00 |
| | | **$7,400.00** | **$27,975.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **KEVIN LEE ASHLEY**
     **KRISTA MARIE ASHLEY**

Case No. _____
                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each | Value of Claimed | Current Value of Property Without |
|---|---|---|---|
| LARGE FORMAT PRINTER MEANS LAND SURVEYING | Ala. Code § 6-10-6: Personal property of resident, except wages, salaries and compensation | $0.00 | $200.00 |
| | | **$7,400.00** | **$28,175.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

IN RE:  **KEVIN LEE ASHLEY**                                    CASE NO
        **KRISTA MARIE ASHLEY**

                                                               CHAPTER    **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| Ala. Code § 19-3B-508 | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 |
| Ala. Code § 6-10-6 | $0.00 | $200.00 | $5,800.00 | $0.00 | $0.00 | $6,000.00 | $26,775.00 |
| Ala. Code §§ 6-10-6, 6-10-126 | $0.00 | $0.00 | $1,000.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |

In re  **KEVIN LEE ASHLEY**  
       **KRISTA MARIE ASHLEY**

Case No. _____  
                                 (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCT | UNSECURED PORTIO |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx2151**<br><br>**HONDA FINANCIAL**<br>**P.O. BOX 105027**<br>**ATLANTA, GA 30348** | | J | DATE INCURRED: **12/31/2006**<br>NATURE OF LIEN:<br>**CAR LOAN**<br>COLLATERAL:<br>**2005 Honda Odyssey**<br>REMARKS:<br><br>VALUE:                   **$6,500.00** | | | | **$6,500.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$6,500.00** | **$0.00** |
| Total (Use only on last page) > | **$6,500.00** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of

In re **KEVIN LEE ASHLEY**                             Case No. _____
      **KRISTA MARIE ASHLEY**                                  (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of
the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the
commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to
employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately
preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor,

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or
services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision,
Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the
debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and
by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to
cases commenced on or after the date of*

_____**No**_____continuation sheets attached

In re   **KEVIN LEE ASHLEY**                                    Case No. _____
        **KRISTA MARIE ASHLEY**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**12TH STREET DAYCARE**<br>**800 WEST GRAND AVENUE**<br>**RAINBOW CITY, AL 35906** | | H | DATE INCURRED:  **2010-2011**<br>CONSIDERATION:<br>**Day Care Services**<br>REMARKS: | | | | **$5,200.00** |
| ACCT #:  **xxxxx2043**<br>**ACS STUDENT LOANS**<br>**P.O. BOX 7051**<br>**UTICA, NV 13504-7051** | | J | DATE INCURRED:  **feb 1, 2011**<br>CONSIDERATION:<br>**STUDENT LOAN**<br>REMARKS: | | | | **$9,800.00** |
| ACCT #:<br>**Anesthesia Associates**<br>**600 South 3rd Street**<br>**Gadsden, AL 35901** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**MEDICAL**<br>REMARKS: | | | | **$173.00** |
| ACCT #:  **xxxxxxxxxxx0123**<br>**BANK OF AMERICA**<br>**PO BOX 15710**<br>**Wilmington DE 19886** | | J | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**CREDIT CARDS**<br>REMARKS: | | | | **$7,996.55** |
| **Representing:**<br>**BANK OF AMERICA** | | | **NATIONAL ENTERPRISE SYSTEMS**<br>**29125 SOLON ROAD**<br>**SOLON, oh 44139** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxx3361**<br>**CAPITAL ONE**<br>**PO Box 5155**<br>**Norcross GA 30091** | | J | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**CREDIT CARDS**<br>REMARKS: | | | | **$3,352.05** |
| | | | | | Subtotal > | | **$26,521.60** |
| | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if | | |

_____**3**_____ continuation sheets attached

In re  **KEVIN LEE ASHLEY**          Case No. _____
       **KRISTA MARIE ASHLEY**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **CAPITAL ONE** | | | **NELSON WATSON AND ASSOCIATES** **80 MERRIMACK SREET** **LOWER LEVEL** **HAVERHILL, ma 01830** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx9369** **Capital One** **PO Box 85520** **Richmond VA 23285** | | J | DATE INCURRED:  **2009** CONSIDERATION: **CREDIT CARDS** REMARKS: | | | | **$1,500.00** |
| **Representing:** **Capital One** | | | **GLOBAL CREDIT** **21210 ERWIN ST** **WOODLAND HILLS, CA 91367** | | | | **Notice Only** |
| ACCT #: **Dr. Frank Kelly** **1039 Forrest Ave** **GADSDEN, AL 35901** | | W | DATE INCURRED: CONSIDERATION: **MEDICAL** REMARKS: | | | | **$500.00** |
| ACCT #:  **21683001** **FAMILY SAVINGS LOAN** **711 EAST MEIGHAN BLVD** **GADSDEN, AL 35903** | | J | DATE INCURRED:  **2/17/2011** CONSIDERATION: **PERSONAL LOAN** REMARKS: | | | | **$6,600.00** |
| ACCT #:  **4313078069947240** **FIA CARD** **PO BOX 851001** **DALLAS, TX 75285** | | J | DATE INCURRED:  **2009** CONSIDERATION: **CREDIT CARDS** REMARKS: | | | | **$6,031.98** |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >       **$14,631.98**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if

In re   **KEVIN LEE ASHLEY**              Case No. _____
        **KRISTA MARIE ASHLEY**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x7732**<br>**FLOYD LAW FIRM**<br>**808 CHESTNUT STREET**<br>**GADSDEN, AL 35901** | | J | DATE INCURRED: **7/29/2011**<br>CONSIDERATION:<br>**OTHER**<br>REMARKS: | | | | $1,566.00 |
| ACCT #:<br>**Frost Cummings**<br>**269 S 7TH ST**<br>**GADSDEN, AL 35901** | | W | DATE INCURRED: **4/15/2010**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $55.00 |
| ACCT #:<br>**Gadsden Pediatric Clinic**<br>**501 Bay Street**<br>**Gadsden, AL 35901** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**MEDICAL**<br>REMARKS: | | | | $174.00 |
| ACCT #:<br>**Jack Morgan Engineering**<br>**71 THUNDERBIRD LANE**<br>**GADSDEN, AL 35901** | | H | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | $290.00 |
| ACCT #: **81924011096799**<br>**LOWES**<br>**PO BOX 530914**<br>**ATLANTA, GA 30353** | | J | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**CREDIT CARDS**<br>REMARKS: | | | | $2,392.28 |
| ACCT #: **81924011108818**<br>**LOWES**<br>**PO BOX 530914**<br>**ATLANTA, GA 30353** | | W | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**CREDIT CARDS**<br>REMARKS: | | | | $2,352.93 |

Sheet no. _____**2**_____ of _____**3**_____ continuation sheets attached to          **Subtotal >**        $6,830.21
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Total >**
           **(Use only on last page of the completed**
                             **Schedule F.)**
     **(Report also on Summary of Schedules and, if**

In re    **KEVIN LEE ASHLEY**           Case No. _____
        **KRISTA MARIE ASHLEY**                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Merchants Adjustment Services** <br> **PO BOX 7511** <br> **MOBILE, AL 36670** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **MEDICAL** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:   **401491800** <br> **METRO BANK** <br> **35489 US Hwy 231** <br> **Ashville, AL 35953** | | J | DATE INCURRED:   **april 2010** <br> CONSIDERATION: <br> **Judgment** <br> REMARKS: <br> **deficiency judgment from home foreclosure & on unsecured loan** | | | X | **$146,457.00** |
| ACCT #: <br> **Pappas Ear Clinic** <br> **2937 7TH AVENUE SOUTH #200** <br> **BIRMINGHAM, AL 35233** | | H | DATE INCURRED:   **2011** <br> CONSIDERATION: <br> **MEDICAL** <br> REMARKS: | | | | **$535.00** |
| ACCT #:   **xxxxx8036** <br> **US DEPT OF EDUCATION** <br> **PO BOX 5609** <br> **GREENVILLE, TX 75403-5609** | | J | DATE INCURRED:   **feb 1, 2011** <br> CONSIDERATION: <br> **STUDENT LOAN** <br> REMARKS: | | | | **$25,000.00** |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**3**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$171,992.00** |
| Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if | **$219,975.79** |

In re  **KEVIN LEE ASHLEY**                                    Case No. _____
       **KRISTA MARIE ASHLEY**                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal
property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether
debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY |
|---|---|
| **12TH STREET DAYCARE**<br>800 WEST GRAND AVENUE<br>RAINBOW CITY, AL 35906 | Day Care Services<br>Contract to be ASSUMED<br>Contract is in DEFAULT |

B6H (Official Form 6H) (12/07)

In re  **KEVIN LEE ASHLEY**                    Case No. _____
      **KRISTA MARIE ASHLEY**                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **KEVIN LEE ASHLEY**
      **KRISTA MARIE ASHLEY**

Case No. _____
            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): DAUGHTER<br>                  SON | Age(s): 4<br>2 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | ENGINEER | TEACHER |
| Name of Employer | McCartney Construction | EPISCOPAL DAY SCHOOL |
| How Long Employed | 6 weeks | 6 years 7 months |
| Address of Employer | P.O. Box 1890 | 801 SOUTH NINTH STREET |
| | Gadsden, AL 35902 | GADSDEN, AL 35901 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,583.37 | $1,483.34 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$4,583.37** | **$1,483.34** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $591.15 | $92.48 |
|     b. Social Security Tax | $192.49 | $91.97 |
|     c. Medicare | $66.47 | $21.51 |
|     d. Insurance | $459.33 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,309.44** | **$205.96** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$3,273.93** | **$1,277.38** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a. _____ / Social Security/Gov. Assist. | $0.00 | $0.00 |
|     b. MILITARY DRILL | $225.00 | $0.00 |
|     c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$225.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,498.93** | **$1,277.38** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,776.31** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

IN RE: **KEVIN LEE ASHLEY**  
**KRISTA MARIE ASHLEY**

Case No. _____  
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the
debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.
Complete a separate schedule of expenditures

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)....................................... | .........................$875.00 |
|     a. Are real estate taxes included?   ☐ Yes   ☑ No | |
|     b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | .........................$200.00 |
|            b. Water and sewer | ...........................$50.00 |
|            c. Telephone | .........................$250.00 |
|            d. Other:  GAS | ...........................$50.00 |
| 3. Home maintenance (repairs and upkeep) | ........................................ |
| 4. Food | .........................$835.00 |
| 5. Clothing | .........................$100.00 |
| 6. Laundry and dry cleaning | ...........................$40.00 |
| 7. Medical and dental expenses | ...........................$75.00 |
| 8. Transportation (not including car payments) | .........................$433.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | .........................$120.00 |
| 10. Charitable contributions | .........................$100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | ........................................ |
|           a. Homeowner's or renter's | ........................................ |
|           b. Life | .............................$0.00 |
|           c. Health | .............................$0.00 |
|           d. Auto | .........................$100.00 |
|           e. Other: | ........................................ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $0.00 |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:    Auto 1 | .........................$550.00 |
|           b. Other: Day Care | .........................$866.00 |
|           c. Other: | .............................$0.00 |
|           d. Other: | ........................................ |
| 14. Alimony, maintenance, and support paid to others: | .............................$0.00 |
| 15. Payments for support of add'l dependents not living at your home: | ........................................ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement)................... | .............................$0.00 |
| 17.a. Other: | ........................................ |
| 17.b. Other: | ........................................ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,644.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I...................................................................$4,776.31
b. Average monthly expenses from Line 18 above.........................................................................$4,644.00
c. Monthly net income (a. minus b.) ................................................................................................$132.31

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re  **KEVIN LEE ASHLEY**                                    Case No.
       **KRISTA MARIE ASHLEY**

                                                              Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of
pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A
and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $38,900.00 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $6,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $219,975.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,776.31 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,644.00 |
| | TOTAL | 19 | $38,900.00 | $226,475.79 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re  **KEVIN LEE ASHLEY**                                    Case No.
       **KRISTA MARIE ASHLEY**

                                                              Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101
(8) of the Bankruptcy Code (11 U.S.C.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
   information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,776.31** |
| Average Expenses (from Schedule J, Line 18) | **$4,644.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B | **$3,297.84** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO | | **$0.00** |
| 4.  Total from Schedule F | | **$219,975.79** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$219,975.79** |

In re **KEVIN LEE ASHLEY**                                    Case No. _____
     **KRISTA MARIE ASHLEY**                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **4/21/2011** _____          Signature  **_/s/ KEVIN LEE ASHLEY_** _____
                                                                **_KEVIN LEE ASHLEY_**


Date **4/21/2011** _____          Signature  **_/s/ KRISTA MARIE ASHLEY_** _____
                                                                **_KRISTA MARIE ASHLEY_**
                                                                [If joint case, both spouses must sign.]


---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or*
*imprisonment for up to 5 years or both.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re:   **KEVIN LEE ASHLEY**                    Case No. _____
         **KRISTA MARIE ASHLEY**                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that
maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may

| AMOUNT | SOURCE |
|---|---|
| $6342.00 | 2011: McCartney Const |
| $40,000 | 2010 Debtor: EGC AND ARMY |
| $50,000 | 2009 Debtor: EGC |
| $4,440.00 | 2011 Spouse: EDS |
| $18,000.00 | 2010 Spouse: EDS |
| $18,000.00 | 2009 Spouse: EDS |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the
two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

| AMOUNT | SOURCE |
|---|---|
| 2,945.00 | 2011 Debtor: Unemployment |
| 3,445.00 | 2010 Debtor: Unemployment |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other
debts to any creditor made within 90 days immediately preceding the commencement of this case
unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments
that were made to a creditor on account

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AMERICAN HONDA FINANCIAL<br>PO BOX 105027<br>ATLANTA, GA 30348-5027 | 12/17,<br>01/05, 3/16 | $1,575.00 | $6,500.00 |

---

None
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately
preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of
this case to or for the benefit of creditors
who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include

B7 (Official Form 7) (04/10) - Cont.

In re:  **KEVIN LEE ASHLEY**                                            Case No. _____
        **KRISTA MARIE ASHLEY**                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**None** ☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ROY HUNTER | CIVIL | ETOWAH | PENDING |

---

**None** ☐

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| METRO BANK | march 2010 | HOUSE AND LOT +- $250000 |

---

**None** ☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

---

**None** ☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both

---

**None** ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

---

**None** ☑

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

**None** ☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## ANNISTON DIVISION

In re:   **KEVIN LEE ASHLEY**                          Case No. _____
         **KRISTA MARIE ASHLEY**                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| A. Wilson Webb<br>101 Church Street<br>Rainbow City, AL 35906 | 04/15/2011 | $1,200.00 |

---

### 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately
preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this
case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied
during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 711 HINDS ROAD<br>GADSDEN, AL 35904 | KEVIN ASHLEY | april 2008 - april 2009 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re:  **KEVIN LEE ASHLEY**                                    Case No. _____
        **KRISTA MARIE ASHLEY**                                              (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 3*

| | | |
|---|---|---|
| **1107 SCENIC DRIVE**<br>**GADSDEN, AL 35904** | **KEVIN ASHLEY** | **feb 2009 -**<br>**april 2010** |
| **608 SLACK STREET**<br>**GADSDEN, AL 35901** | **KEVIN ASHLEY** | **oct 2003 -**<br>**april 2008** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including
Alaska, Arizona, California, Idaho, Louisiana,
Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution,
contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or
regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not
presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a
governmental unit that it may be liable or
potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit
of a release of Hazardous Material.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any
Environmental Law with respect to which the debtor is

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**ANNISTON DIVISION**

In re:  **KEVIN LEE ASHLEY**                           Case No. _____
       **KRISTA MARIE ASHLEY**                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

**18. Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **ASHLEY ENGINEERING LLC**<br>**921 MONTE VISTA DRIVE**<br>**GADSDEN, AL 35904**<br>**20-0999033** | **CONSULTING** | **april 2004 - oct 2010** |

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4/21/2011 _____          Signature ___ **/s/ KEVIN LEE ASHLEY**
                                          of Debtor  **KEVIN LEE ASHLEY**

Date  4/21/2011 _____          Signature ___ **/s/ KRISTA MARIE ASHLEY**
                                          of Joint Debtor  **KRISTA MARIE ASHLEY**
                                          (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## ANNISTON DIVISION

IN RE:  **KEVIN LEE ASHLEY**                     CASE NO
        **KRISTA MARIE ASHLEY**
                                                 CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| HONDA FINANCIAL<br>P.O. BOX 105027<br>ATLANTA, GA 30348<br>xxxx2151 | 2005 Honda Odyssey |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt      ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

---

Property No.   1

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| 12TH STREET DAYCARE<br>800 WEST GRAND AVENUE<br>RAINBOW CITY, AL 35906 | Day Care Services | YES ☑        NO ☐ |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## ANNISTON DIVISION

IN RE:  **KEVIN LEE ASHLEY**                                          CASE NO
       **KRISTA MARIE ASHLEY**

                                                             CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or**

Date  **4/21/2011**                                      Signature  **/s/ KEVIN LEE ASHLEY**
                                                                    **KEVIN LEE ASHLEY**

Date  **4/21/2011**                                      Signature  **/s/ KRISTA MARIE ASHLEY**
                                                                    **KRISTA MARIE ASHLEY**

## <u>CERTIFICATE OF SERVICE</u>

     I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of
Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as

Date  **4/21/2011**                                      **/s/ A. Wilson Webb**
                                                                    **A. Wilson Webb**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## ANNISTON DIVISION

In re  **KEVIN LEE ASHLEY**
      **KRISTA MARIE ASHLEY**

Case No. _____

Chapter    _____**7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**KEVIN LEE ASHLEY**_____

**KRISTA MARIE ASHLEY**_____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

**X** __/s/ KEVIN LEE ASHLEY_____ **4/21/2011**
    Signature of Debtor             Date

**X** __/s/ KRISTA MARIE ASHLEY_____ **4/21/2011**
    Signature of Joint Debtor (if any)    Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**A. Wilson Webb**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ A. Wilson Webb**_____

A. Wilson Webb, Attorney for Debtor(s)
Bar No.: ASB-6009-B61A
A. Wilson Webb
101 Church Street
Rainbow City, AL 35906
Phone: (256) 543-0150
Fax: (888) 705-9273
E-Mail: awilsonwebb@gmail.com

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes
briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four
types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the
Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an
attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal
advice.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on
assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The
briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be
provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management
instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management
instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:    Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose
debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted
to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in
some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion
requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should
be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take
possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have
committed certain kinds of improper conduct described in the Bankruptcy Code, the

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or
part of their debts in installments over a
period of time.  You are only eligible for chapter 13 if your debts do not exceed certain

Under chapter 13, you must file with the court a plan to repay your creditors all or part
of the money that you owe them, using your
future earnings.  The period allowed by the court to repay your debts may be three

After completing the payments under your plan, your debts are generally discharged
except for domestic support obligations;
most student loans; certain taxes; most criminal fines and restitution obligations; certain

## Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to
consumer debtors.  Its provisions are quite

## Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over
a period of time from future earnings
and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or
statement under penalty of perjury, either
orally or in writing, in connection with a bankruptcy case is subject to a fine,
imprisonment, or both.  All information supplied by a
debtor in connection with a bankruptcy case is subject to examination by the Attorney

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors,
assets, liabilities, income, expenses and general financial condition.  Your bankruptcy
case may be dismissed if this
information is not filed with the court within the time deadlines set by the Bankruptcy
Code, the Bankruptcy Rules, and the local

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules
that set 15 days to act are amended to require
action within 14 days, including Rule 1007(c), filing the initial case papers; Rule**

IN RE:   **KEVIN LEE ASHLEY**                                   CASE NO
         **KRISTA MARIE ASHLEY**

                                                                CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the
attorney for the above-named debtor(s) and
that compensation paid to me within one year before the filing of the petition in
bankruptcy, or agreed to be paid to me, for

   For legal services, I have agreed to accept:                    **$1,200.00**

   Prior to the filing of this statement I have received:          **$1,200.00**

   Balance Due:                                                       **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☐ Debtor              ☑ Other (specify)
                            **none**

4. ☑  I have not agreed to share the above-disclosed compensation with any other
      person unless they are members and

   ☐  I have agreed to share the above-disclosed compensation with another person
      or persons who are not members or
      associates of my law firm.  A copy of the agreement, together with a list of the

5. In return for the above-disclosed fee, I have agreed to render legal service for all
aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in
   determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan
   which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing,
   and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Conversion to Ch 7**

---

                          CERTIFICATION
       I certify that the foregoing is a complete statement of any agreement or
   arrangement for payment to me for

   _____        **/s/ A. Wilson Webb**
            **4/21/2011**
              *Date*                   *A. Wilson Webb*                  Bar No.  ASB-6009-B61A
                                       A. Wilson Webb
                                       101 Church Street
                                       Rainbow City, AL 35906
                                       Phone: (256) 543-0150 / Fax: (888) 705-9273
                                       awilsonwebb@gmail.com

---

**/s/ KEVIN LEE ASHLEY**                    **/s/ KRISTA MARIE ASHLEY**
_____               _____
*KEVIN LEE ASHLEY*                          *KRISTA MARIE ASHLEY*

```
12TH STREET DAYCARE          FLOYD LAW FIRM            METRO BANK
800 WEST GRAND AVENUE        808 CHESTNUT STREET       35489 US HWY 231
RAINBOW CITY, AL 35906       GADSDEN, AL 35901         ASHVILLE, AL 35953


A. WILSON WEBB               FROST CUMMINGS            NATIONAL ENTERPRISE SYSTEMS
101 CHURCH STREET            269 S 7TH ST              29125 SOLON ROAD
RAINBOW CITY, AL 35906       GADSDEN, AL 35901         SOLON, OH 44139


ACS STUDENT LOANS            GADSDEN PEDIATRIC CLINIC  NELSON WATSON AND ASSOCIATES
P.O. BOX 7051                501 BAY STREET            80 MERRIMACK SREET
UTICA, NV 13504-7051         GADSDEN, AL 35901         LOWER LEVEL
                                                       HAVERHILL, MA 01830


ANESTHESIA ASSOCIATES        GLOBAL CREDIT             PAPPAS EAR CLINIC
600 SOUTH 3RD STREET         21210 ERWIN ST            2937 7TH AVENUE SOUTH #200
GADSDEN, AL 35901            WOODLAND HILLS, CA 91367  BIRMINGHAM, AL 35233


BANK OF AMERICA              HONDA FINANCIAL           ROCCO J. LEO
PO BOX 15710                 P.O. BOX 105027
WILMINGTON DE 19886          ATLANTA, GA 30348


CAPITAL ONE                  JACK MORGAN ENGINEERING   US DEPT OF EDUCATION
PO BOX 5155                  71 THUNDERBIRD LANE       PO BOX 5609
NORCROSS GA 30091            GADSDEN, AL 35901         GREENVILLE, TX 75403-5609


CAPITAL ONE                  KEVIN LEE ASHLEY
PO BOX 85520                 921 MONTE VISTA DRIVE
RICHMOND VA 23285            GADSDEN, AL 35904


DR. FRANK KELLY              KRISTA MARIE ASHLEY
1039 FORREST AVE             921 MONTE VISTA DRIVE
GADSDEN, AL 35901            GADSDEN, AL 35904


FAMILY SAVINGS LOAN          LOWES
711 EAST MEIGHAN BLVD        PO BOX 530914
GADSDEN, AL 35903            ATLANTA, GA 30353


FIA CARD                     MERCHANTS ADJUSTMENT SERVICES
PO BOX 851001                PO BOX 7511
DALLAS, TX 75285             MOBILE, AL 36670
```

In re: **KEVIN LEE ASHLEY**
        **KRISTA MARIE ASHLEY**

Case Number:

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ The presumption arises. |
| ☑ The presumption does not arise. |
| ☐ The presumption is temporarily inapplicable. |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve <br><br> a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>  ☐ I remain on active duty /or/ <br>  ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>  OR <br><br> b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>  ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1996-2011

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br>**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☒ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A Debtor's | Column B Spouse' |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $704.67 | $1,319.83 |
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $416.67 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $416.67 | $0.00 |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 |
| | c. | Business income | Subtract Line b from Line a | |

| | | | |
|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $0.00 | $0.00 |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 |
| | c. | Rent and other real property income | Subtract Line b from Line a | |

| | | | |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not | $706.67 | $0.00 |

| | Debtor | Spouse |
|---|---|---|
| Unemployment compensation claimed to be a benefit under the Social Security Act | $0.00 | $0.00 |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1996-2011

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime | | | |
|----|----|----|----|----|
| | | a. | Army | $150.00 |
| | | b. | | |
| | Total and enter on Line 10 | | | $150.00 | $0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $1,978.01 | $1,319.83 |
|----|----|----|----|
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been | $3,297.84 | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $39,574.08 |
|----|----|----|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy | |
| | a. Enter debtor's state of residence: **Alabama**    b. Enter debtor's household size: **4** | $64,016.00 |

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. |
|----|----|
| | ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | |
|----|----|----|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on line 17. | |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable | |
|----|----|----|

| | |
|---|---|
| **19B** | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that |

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person |
| b1. | Number of persons | b2. | Number of persons |
| c1. | Subtotal | c2. | Subtotal |

| | |
|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable |

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | |
|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend |

| | |
|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in |

Case 11-41061-JJR7  Doc 1  Filed 04/21/11  Entered 04/21/11 19:35:01  Desc Main Document  Page 47 of 52
Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1996-2011

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1 ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the | |

| | a. | IRS Transportation Standards, Ownership Costs | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. DO NOT | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. DO NOT INCLUDE DISCRETIONARY AMOUNTS, | |
| 27 | **Other Necessary Expenses: life insurance.** Enter the total average monthly premiums that you actually pay for term life insurance for yourself. DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR | |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool. DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1996-2011

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent | |
|---|---|---|
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| | **Subpart B: Additional Living Expense Deductions** <br> **Note: Do not include any expenses that you have listed in Lines 19-32** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. | Health Insurance | |
| | b. | Disability Insurance | |
| | c. | Health Savings Account | |
| | Total and enter on Line 34 <br><br> IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below: <br><br> _____ | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member | | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these | | |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF | | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL | | |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available | | |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | | |

*Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1996-2011

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c. | |

| | | | | |
|---|---|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total: Add Lines a, b and c |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |

| | | | |
|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative | | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This | | % |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | Enter the amount of your total non-priority unsecured debt | |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
| | Date: __4/21/2011__        Signature: __/s/ KEVIN LEE ASHLEY__ <br> KEVIN LEE ASHLEY |
| | Date: __4/21/2011__        Signature: __/s/ KRISTA MARIE ASHLEY__ <br> KRISTA MARIE ASHLEY |

\* Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-3300. Copyright 1996-2011

# Current Monthly Income Calculation Details

In re: **KEVIN LEE ASHLEY**
**KRISTA MARIE ASHLEY**

Case Number:
Chapter: **7**

### 3. Gross wages, salary, tips, bonuses, overtime commissions.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months | 5 Months | 4 Months | 3 Months | 2 Months | Last Month | Avg. Per Month |
| **Debtor** | **McCartney Construction** | | | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,228.00 | **$704.67** |
| **Spouse** | **Episcopal Day School** | | | | | | |
| | $1,257.00 | $1,247.00 | $1,353.00 | $1,354.00 | $1,354.00 | $1,354.00 | **$1,319.83** |

### 4. Income from the operation of a business, profession or farm.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months | 5 Months | 4 Months | 3 Months | 2 Months | Last Month | Avg. Per Month |
| **Debtor** | **self employment** | | | | | | |
| Gross receipts | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$416.67** |
| Ordinary/necessary business expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Business income | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$416.67** |

### 9. Unemployment compensation.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months | 5 Months | 4 Months | 3 Months | 2 Months | Last Month | Avg. Per Month |
| **Debtor** | **Unemployment Comp** | | | | | | |
| | $0.00 | $1,060.00 | $1,060.00 | $1,060.00 | $1,060.00 | $0.00 | **$706.67** |

### 10. Income from all other sources.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months | 5 Months | 4 Months | 3 Months | 2 Months | Last Month | Avg. Per Month |
| **Debtor** | **Army** | | | | | | |
| | $0.00 | $0.00 | $225.00 | $225.00 | $225.00 | $225.00 | **$150.00** |