**F
R
O
M**

McCartney Construction Co, Inc
PO Box 1890
GADSDEN, AL   35902

|  |  |  |  | Current | Y T D |
|---|---|---|---|---|---|
| ASHLEY, KEVIN L. | | 11763 | FED. INCOME | 82.26 | 262.69 |
|  | Hours | Current | Y T D | FICA-4.2% | 39.97 | 124.36 |
| REGULAR | 40.00 | 1057.70 | 3173.10 ALA. INCOME | 33.74 | 105.73 |
|  |  |  | FICA-1.45% | 13.80 | 42.94 |
|  |  |  | GADSDEN OCC | 0.00 | 19.03 |
|  |  |  | HEALTH INS. | 101.77 | 203.54 |
|  |  |  | VISION INS | 4.30 | 8.60 |

Gross Earnings:     1,057.70
  Net Earnings:       781.86

PAY PERIOD ENDING DATE - 12 MAR 201

**TO**

KEVIN LEE ASHLEY
921 MONTE VISTA DRIVE
GADSDEN, AL  35903

McCartney Construction Co, Inc
PO Box 1890
GADSDEN, AL   35902

|  |  |  |  |  | Current | Y T D |
|---|---|---|---|---|---|---|
| ASHLEY, KEVIN L. |  |  | 11763 | FED. INCOME | 82.26 | 509.47 |
|  | Hours | Current | Y T D | FICA-4.2% | 39.97 | 244.27 |
| REGULAR | 40.00 | 1057.70 | 6346.20 | ALA. INCOME | 33.74 | 206.95 |
|  |  |  |  | FICA-1.45% | 13.80 | 84.34 |
|  |  |  |  | GADSDEN OCC | 0.00 | 38.06 |
|  |  |  |  | HEALTH INS. | 101.77 | 508.85 |
|  |  |  |  | VISION INS | 4.30 | 21.50 |

Gross Earnings:      1,057.70
  Net Earnings:        781.86

PAY PERIOD ENDING DATE - 09 APR 201

KEVIN LEE ASHLEY
921 MONTE VISTA DRIVE
GADSDEN, AL 35904

F
R
O
M

McCartney Construction Co, Inc
PO Box 1890
GADSDEN, AL   35902

| | | | | | Current | Y T D |
|---|---|---|---|---|---|---|
| ASHLEY, KEVIN L. | | | 11763 | FED. INCOME | 82.26 | 262.69 |
| | Hours | Current | Y T D | FICA-4.2% | 39.97 | 124.36 |
| REGULAR | 40.00 | 1057.70 | 3173.10 | ALA. INCOME | 33.74 | 105.73 |
| | | | | FICA-1.45% | 13.80 | 42.94 |
| | | | | GADSDEN OCC | 0.00 | 19.03 |
| | | | | HEALTH INS. | 101.77 | 203.54 |
| | | | | VISION INS | 4.30 | 8.60 |

Gross Earnings:       1,057.70
  Net Earnings:         781.86

PAY PERIOD ENDING DATE - 12 MAR 201

TO

KEVIN LEE ASHLEY
921 MONTE VISTA DRIVE
GADSDEN, AL  35904

**FROM**

McCartney Construction Co, Inc
PO Box 1890
GADSDEN, AL 35902

| | Hours | Current | Y T D | | Current | Y T D |
|---|---|---|---|---|---|---|
| ASHLEY, KEVIN L. | | | 11763 | FED. INCOME | 82.26 | 344.95 |
| | Hours | Current | Y T D | FICA-4.2% | 39.97 | 164.33 |
| REGULAR | 40.00 | 1057.70 | 4230.80 | ALA. INCOME | 33.74 | 139.47 |
| | | | | FICA-1.45% | 13.80 | 56.74 |
| | | | | GADSDEN OCC | 0.00 | 19.03 |
| | | | | HEALTH INS. | 101.77 | 305.31 |
| | | | | VISION INS | 4.30 | 12.90 |

Gross Earnings: 1,057.70
Net Earnings: 781.86

PAY PERIOD ENDING DATE - 26 MAR 201

**TO**

KEVIN LEE ASHLEY
921 MONTE VISTA DRIVE
GADSDEN, AL 35904

McCartney Construction Co, Inc
PO Box 1890
GADSDEN, AL   35902

|  | | | | | | Current | Y T D |
|---|---|---|---|---|---|---|---|
| ASHLEY, KEVIN L. | | | 11763 | FED. INCOME | | 82.26 | 180.43 |
| | Hours | Current | Y T D | FICA-4.2% | | 39.97 | 84.39 |
| REGULAR | 40.00 | 1057.70 | 2115.40 | ALA. INCOME | | 33.74 | 71.99 |
| | | | | FICA-1.45% | | 13.80 | 29.14 |
| | | | | GADSDEN OCC | | 19.03 | 19.03 |
| | | | | HEALTH INS. | | 101.77 | 101.77 |
| | | | | VISION INS | | 4.30 | 4.30 |

Gross Earnings:     1,057.70
  Net Earnings:       762.83

PAY PERIOD ENDING DATE - 05 MAR 201

KEVIN LEE ASHLEY
921 MONTE VISTA DRIVE
GADSDEN, AL 35904



**F**
**R**
**O**
**M**

McCartney Construction Co, Inc
PO Box 1890
GADSDEN, AL   35902

|                  |         | Current   | Y T D     |          | Current | Y T D  |
|------------------|---------|-----------|-----------|----------|---------|--------|
| ASHLEY, KEVIN L. |         |           | 11763     | FED. INCOME | 82.26  | 427.21 |
|                  | Hours   | Current   | Y T D     | FICA-4.2% | 39.97  | 204.30 |
| REGULAR          | 40.00   | 1057.70   | 5288.50   | ALA. INCOME | 33.74  | 173.21 |
|                  |         |           |           | FICA-1.45% | 13.80  | 70.54  |
|                  |         |           |           | GADSDEN OCC | 19.03  | 38.06  |
|                  |         |           |           | HEALTH INS. | 101.77 | 407.08 |
|                  |         |           |           | VISION INS | 4.30   | 17.20  |

Gross Earnings:      1,057.70
  Net Earnings:        762.83

PAY PERIOD ENDING DATE - 02 APR 201

**TO**

KEVIN LEE ASHLEY
921 MONTE VISTA DRIVE