```
           KRISTA  M.  COFFEY ASHLEY                    Employee ID: 01KAS
                                                        Social Sec #
                    This Check    Year to Date
Gross                1,640.84      1,640.84                                    Total
Fed Income             -98.25        -98.25  Teacher's                        741.67
Soc Sec                -68.92        -68.92  Administrat                      157.50
Medicare               -23.79        -23.79  HS Tea                           741.67
State                  -63.38        -63.38
Local                  -32.82        -32.82



Net Check:        $1,353.68              Total                              1,640.84
Check Date:        1/31/11                       Pay Period Ending: Jan 26, 2011
                                                    Check Number: JAN 2011 - 6
```

```
                                                 1/31/11              ***$1,353.68

One Thousand Three Hundred Fifty-Three and 68/100 Dollars

     KRISTA M. COFFEY ASHLEY
     1107 SCENIC DRIVE
     GADSDEN, AL  35904
```

```
           KRISTA  M.  COFFEY ASHLEY                    Employee ID: 01KAS
                                                        Social Sec         3036
                    This Check    Year to Date
Gross                1,640.84      1,640.84                                    Total
Fed Income             -98.25        -98.25  Teacher'                         741.67
Soc Sec                -68.92        -68.92  Administ                         157.50
Medicare               -23.79        -23.79  HS Tea                           741.67
State                  -63.38        -63.38
Local                  -32.82        -32.82



Net Check:        $1,353.68              Total                              1,640.84
Check Date:        1/31/11                       Pay Period Ending: Jan 26, 2011
                                                    Check Number: JAN 2011 - 6
```